```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JAVIER SAENZDEVITERI,                                                  :
                                                                       :
                        Plaintiff,                                     :
                                                                       :          24 Civ. 5255 (JPC)
            -v-                                                        :
                                                                       :                ORDER
METRO-NORTH COMMUTER RAILROAD,                                         :
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 22, 2024, Defendant waived service of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore September 20, 2024. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until September 30, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by October 7, 2024.

SO ORDERED.

Dated: September 23, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge